DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 243P16 | State v. Jimmy Lee Gann | 1. State's Motion for Temporary Stay (COA15-1344) | 1. Allowed **06/27/2016** Dissolved **03/16/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Dismissed as moot |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Special Order |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as moot |
| 245A08-2 | State v. Terrance Lowell Hyman | 1. State's Motion for Temporary Stay (COA16-398) | 1. Allowed **03/10/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 247P16-2 | Jonathan Eugene Brunson v. North Carolina Department of Public Safety's Superintendent Felix Taylor of Pasquotank Correctional Institution and State of North Carolina, *et al.* | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/15/2017** |
| 247P16-3 | Jonathan Eugene Brunson v. North Carolina Department of Public Safety's Superintendent Felix Taylor of Pasquotank Correctional Institution and State of North Carolina, *et al.* | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **03/10/2017** |
| 297P16 | In the Matter of the Adoption of C.H.M., a minor child | Petitioners' PDR Under N.C.G.S. § 7A-31 (COA15-1057) | Allowed |